[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 22, 2011
JOHN LEY
CLERK

No. 11-10749
Non-Argument Calendar

_____

D.C. Docket No. 2:10-cr-00324-LSC-RRA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY KELTON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

(September 22, 2011)

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Gregory J. Reid, appointed counsel for Gregory Kelton in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kelton's conviction and sentence are **AFFIRMED**.